MARTINEZ v. MARTINEZ et al.

(Circuit Court of Appeals, First Circuit. March 10, 1919.)

No. 1351.

Appeal from the Supreme Court of Porto Rico.
Petition by Pedro Angel Martinez y Mendez and another for appointment of an administrator, opposed by Victor P. Martinez y Gonzales. Decree of appointment was affirmed by the Supreme Court of Porto Rico, and respondent appeals. Affirmed.

Victor P. Martinez, of San Sebastian, Porto Rico, for appellant.
Juan B. Soto, Hugh R. Francis, and Carlos Franco Soto, all of San Juan, Porto Rico, for appellees.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

BINGHAM, Circuit Judge. This is an appeal from a decree of the Supreme Court of Porto Rico, affirming a decree of the district court of Aguadilla appointing an administrator of the estate of Victor Martinez y Martinez, who was a resident of and died at San Sebastian, Porto Rico, in the district of Aguadilla, August 26, 1912, and ordering a temporary allowance for the support of his two minor children Pedro Angel and Laura Maria Martinez y Mendez.

Many of the questions raised on this appeal have been decided in our opinion handed down this day in case No. 1350 between these parties. 256 Fed. 596, —— C. C. A. ——. As to the remaining questions, we think they were properly decided by the Supreme Court and do not call for further discussion.

The decree of the Supreme Court of Porto Rico is affirmed, with costs to the appellees.